# Exhibit A

# '875 Patent

**Infringement Chart for US 9,264,875 vs. Grindr**

Claim 10

| Claim Language | Grindr Evidence |
|---|---|
| 10. A method comprising: | |
| providing, via a computing device, accessible through any of an internet connection and a mobile telecommunications provider network, access to stored user profile information about a first user using a respective first mobile communications device and a second user, using a respective second mobile communications device; | Grindr comprises a computing deviceaccessible (Website) through any of an internet connection and a mobile telecommunications provider network (Mobile App need a mobile telecommunications provider network). <br><br> **GRINDR TERMS AND CONDITIONS OF SERVICE** <br><br> Welcome to Grindr LLC's ("Grindr", "We", "Us", "Our") ==mobile device software application== (the "Grindr Software"), ==website==, and any other mobile or web services or applications owned, controlled, or offered by Grindr now or in the future (collectively, the "Grindr Services"). For clarity, any reference herein to "Grindr Services" includes the "Grindr Software." Users who access, download, use, purchase and/or subscribe to the Grindr Services (collectively or individually "You" or "Your" or "User" or "Users") must do so under the following Terms and Conditions of Service (this "Agreement"). <br><br> Terms of Service \| Grindr <br> Source: https://www.grindr.com/terms-of-service/ <br><br><br> Grindr comprises Mobile App |

1



Source: https://www.grindr.com/

access to stored user profile information about a first user using a respective first mobile communications device and a second user, using a respective second mobile communications device(Grindr's server store user profile such that the profile can be viewed by other Grindr Users)

| | |
|---|---|
| | **HOW WE SHARE YOUR PERSONAL DATA WITH THIRD PARTIES**<br><br>• **Other Users.** Grindr provides a safe space where you can discover, navigate, and interact with others in the Grindr Community. ==Your profile data and distance information is also shared with the Grindr Community.==<br><br>Privacy and Cookie Policy \| Grindr<br>Source: https://www.grindr.com/privacy-policy/?lang=en-US |
| receiving, via the computing device, indications of the locations of the first and second mobile communications devices; | Grindr's server receives indications of the locations of the first and second mobile communications devices; |

3

| | |
|---|---|
| | **What is Grindr, and how does the Grindr application allow users to contact other users?**<br><br>Grindr is a <mark>geolocation-based social networking application</mark> for the LGBTQ+ and broader community. You can chat via Grindr's messaging system; the chats are transmitted within Grindr's platform. You may send messages containing text, images, video, and voice. Upon opening the application, you are presented with a grid, or cascade, of other members who are sorted by distance. <mark>Grindr collects your location information within a 100m radius of accuracy.</mark> You have the option to "Show Distance," which will display an approximate calculation of the distance between you and other members (i.e. relative distance between one user to another). Even if "Show Distance" is off, your relative distance is used to arrange the cascade based on distance.<br><br>What is Grindr? – Help Center<br>Source: https://help.grindr.com/hc/en-us/articles/1500012478721-What-is-Grindr- |
| receiving, via the computing device, a unique device hardware identifier from all communications devices from all users linked in a social network to associate with profiles and authenticate when users sign in to a user | Grindr's server collect information when establish a profile, include unique device hardware identifier from communications device (Unique device ID,)<br><br>**HOW LONG WE KEEP YOUR PERSONAL DATA**<br><br>We retain your Personal Data for no longer than is necessary to fulfill the purposes for which the information was collected or as otherwise permitted or required by applicable law or pursuant to Grindr Terms of Service or Grindr Community Guidelines. Personal Data may be retained for longer periods of time if required for legal or security purposes. For example, <mark>Grindr may retain some account information, a Grindr-generated device identifier, and limited log information</mark> for accounts that have been banned or that violate the Grindr Terms of Service and/or Community Guidelines. In some circumstances, Grindr may also retain chat messages used for reporting violative behavior resulting in an account's ban. [LEARN MORE] |

| | |
|---|---|
| account; | Privacy and Cookie Policy \| Grindr<br>Source: https://www.grindr.com/privacy-policy/?lang=en-US<br><br>Grindr authenticates phone number when users sign in to a user account<br><br>**Verifying with SMS**<br><br>If you are an existing user who created your account via email and password and have not yet SMS verified, we may eventually prompt you to do so. We do not currently have a way for you to proactively SMS verify before we ask you to do so. To verify your account, simply follow the SMS verification prompts on your screen.<br><br>SMS <mark>verification is an important anti-spam measure</mark>, and <mark>we use user phone numbers for this verification purpose</mark> only. There is no need to enter your country code as it should already be filled out. If you live in a region that has a specific area code, make sure that you enter it before typing in your phone number.<br><br>SMS verification – Help Center<br><br>Source: https://help.grindr.com/hc/en-us/articles/1500008413281-SMS-verification |
| sending, via the computing device, to the second mobile communications device, an invitation to accept any of an invitation to connect | Grindr's server sends to the second mobile communications device an invitation *(a chat reaction is a way to express a "Like" )* to accept any of an invitation to connect and personal attribute information from, or share personal attribute information with the first user, upon receipt of permission from the second user *(if the person you're chatting with like the same message, two flame icons(🔥🔥) will appear on the* |

| | |
|---|---|
| and personal attribute information from, or share personal attribute information with, the first user, upon receipt of permission from the second user to receive personal attribute information about, or share personal attribute information with, the first user; and | message *)* to receive personal attribute information about, or share personal attribute information with, the first user<br><br>**Chat reactions**<br><br>A ==chat reaction== is a way to ==express a "like"== in something someone had said or ==sent to you==. It's just one more way we've created to ==make interactions== more fun and engaging. To interact using Chat Reactions, here's what you do:<br><br>- Double-tap on the message you "like" and a ==flame icon== (🔥) will appear on the upper-right corner of the message.<br>- You can also like your own messages.<br>- If you & ==the person you're chatting with like the same message, two flame icons== (🔥🔥) ==will appear on the message.==<br><br>Please keep in mind that ==if the person you are chatting with has their Grindr notifications enabled, they will be notified when you have liked a message and vice versa.== You cannot turn off chat reaction notifications specifically, however, you will not get notified if you turn ALL Grindr notifications off.<br><br>Chatting with other profiles – Help Center<br>Source: https://help.grindr.com/hc/en-us/articles/1500008680921-Chatting-with-other-profiles |
| connecting, via the computing device, the first user and the | |

6

| | |
|---|---|
| second user through the computing device for personal communication between first user and the second user, the personal communication comprising one or more SMS, E-mail, chat/instant messaging, multimedia, voice or video, | Grindr connects the first user and the second user for personal communication between first user and the second user, the personal communication comprising one or more SMS, E-mail, chat/instant messaging, multimedia, voice or video . <br><br>**Chatting 101** <br>When logging in to your profile, there is a bar at the bottom of your screen showing 4 icons: <ul><li>Favorites ⭐</li><li>Grindr Home Page</li><li>Message Inbox</li><li>Grindr XTRA subscription portal</li></ul> **Viewing & chatting** <br>To view your messages, go to the inbox icon on your Grindr homepage. From there, you can scroll down through all of your conversations. Tap on a message, and you'll be brought to that conversation. You have 7 options of the types of messages you can send: <ul><li>Text</li><li>Photo</li><li>Video Message & Calling</li><li>Voice Note</li><li>Gaymoji / GIF</li><li>Location</li><li>Saved Phrases (for premium users only)</li></ul> Chatting with other profiles – Help Center <br>Source: https://help.grindr.com/hc/en-us/articles/1500008680921-Chatting-with-other-profiles |

| | |
|---|---|
| wherein the computing device is configured to locate information about the second user from a social network file of the second user, and transmit this information to the first mobile communications device, and wherein the first and second users are members of a same social network, and the computing device is operable to disclose social network attributes such as a picture, name, and a location of first and second users in the vicinity or within a particular distance from one another for the purpose of connecting members. | Grindr's server is configured to locate information about the second user from a social network file of the second user, and transmit this information to the first mobile communications device disclose social network attributes such as a picture, name, and a location of first and second users<br><br>• **Other Users.** Grindr provides a safe space where you can discover, navigate, and interact with others in the Grindr Community. <mark>Your profile data and distance information is also shared with the Grindr Community.</mark><br><br>Privacy and Cookie Policy \| Grindr<br>Source: https://www.grindr.com/privacy-policy/?lang=en-US<br><br>**Grindr Viewing & Communication Features**<br><br>Grindr has a large number of tools to view and communicate with other members available from their app. As part of a safety initiative Grindr has implemented screenshot blocking for all chats, pictures and profiles (see Story).<br><br><mark>Most of the features below can be found when viewing a user's profile directly or within the search results.</mark><br><br>• <mark>Profile</mark><br>   ◦ To view a user's profile information, swipe up anywhere on their profile photo<br>• <mark>Photos</mark><br><br>Grindr Review<br>Source: https://www.datingsitesreviews.com/staticpages/index.php?page=grindr&query=grindr<br><br>the first and second users are members of a same social network |

|  |  |
|---|---|
|  | What's up?<br><br>Since launching in 2009, Grindr has grown into the largest social networking app for gay, bi, trans, and queer people. We have millions of daily users who use our location-based technology in almost every country in every corner of the planet.<br><br>And we're still evolving.<br><br>Today, Grindr proudly represents a modern LGBTQ lifestyle that's expanding into new platforms. From social issues to original content, we're continuing to blaze innovative paths with a meaningful impact for our community. At Grindr, we've created a safe space where you can discover, navigate, and get zero feet away from the queer world around you.<br><br>Source: https://www.grindr.com/about/<br><br>Grindr's server is operable to disclose location of first and second users in the vicinity or within a particular distance from one another for the purpose of connecting members. |

9

| | |
|---|---|
| | **What is Grindr, and how does the Grindr application allow users to contact other users?**<br><br>Grindr is a ==geolocation-based social networking application== for the LGBTQ+ and broader community. You can chat via Grindr's messaging system; the chats are transmitted within Grindr's platform. You may send messages containing text, images, video, and voice. Upon opening the application, you are presented with a grid, or cascade, of other members who are sorted by distance. ==Grindr collects your location information within a 100m radius of accuracy.== ==You have the option to "Show Distance," which will display an approximate calculation of the distance between you and other members== (i.e. relative distance between one user to another). Even if "Show Distance" is off, your relative distance is used to arrange the cascade based on distance.<br><br>What is Grindr? – Help Center<br>Source: https://help.grindr.com/hc/en-us/articles/1500012478721-What-is-Grindr- |